NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**CLASSEN IMMUNOTHERAPIES, INC.,**
*Plaintiff-Appellant,*

**v.**

**SHIONOGI, INC.** AND
**MERZ PHARMACEUTICALS, LLC,**
**Merz Pharmaceuticals, GmbH,**
*Defendants-Appellees.*

---

2014-1364

---

Appeal from the United States District Court for the District of Maryland in No. 1:13-cv-00921-RWT, Senior Judge Roger W. Titus.

---

## JUDGMENT

---

JOSEPH J. ZITO, DNL Zito, of Washington, DC, argued for plaintiff-appellant. With him on the brief was BENJAMIN C. DEMING, of Los Angeles, California.

LISA J. PIROZZOLO, Wilmer Cutler Pickering Hale and Dorr, LLP, of Boston, Massachusetts argued for defendant-appellee Shionogi, Inc. With her on the brief for defendant-appellee Shionogi, Inc., were MARK C. FLEMING,

DAVID A. MANSPEIZER, of New York, New York, and TRACEY C. ALLEN, of Washington, DC. Of counsel for defendant-appellee Merz Pharmaceuticals, LLC. were F. DOMINIC CERRITO, Quinn Emanuel Urquhart & Sullivan, LLP, of New York, New York. With him on the brief were ERIC C. STOPS and GABRIEL P. BRIER.

———————————

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:


PER CURIAM (NEWMAN, MOORE, and TARANTO, *Circuit Judges*).

### AFFIRMED. *See* Fed. Cir. R. 36.

ENTERED BY ORDER OF THE COURT


| December 8, 2014 | /s/ Daniel E. Toole |
| Date | Daniel E. O'Toole |
| | Clerk of Court |